PAUL MAKI        #1159
888 Mililani Street, 8th Floor
Honolulu, Hawai`i  96813
Tel. No.    (808) 545-1122
Fax           (808) 545-1711
E-mail:     pmaki@makilaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| MALIBU SHIRTS, INC., | ) | Civil No. 14-00340 BMK |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| vs. | ) | |
| L & W APPAREL CO. INC., | ) | |
| Defendant. | ) | |

NOTICE OF DISMISSAL

MALIBU SHIRTS, INC., plaintiff in the above matter, pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, does hereby give notice of dismissal with prejudice of the above entitled action.  The defendant has not yet served an answer, motion for summary judgment, or other responsive pleading.

DATED:    Honolulu, Hawai`i, November 7, 2014.

/s/ Paul Maki
Attorney for Plaintiff

_____
PAUL MAKI
Attorney for Plaintiff